

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jesus Cortez Jr.,                                    * From the 29th District Court
                                                       of Palo Pinto County,
                                                       Trial Court No. 16354

Vs. No. 11-18-00144-CR                               * May 12, 2022

The State of Texas,                                  * Memorandum Opinion by Trotter, J.
                                                       (Panel consists of: Bailey, C.J.,
                                                       Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.